UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRANDI L. SMITH, individually,
and on behalf of all others similarly
situated,

      Plaintiff,

v.

INTEGRA CONNECT, LLC,

      Defendant.
_____/

Case No. 8:21-cv-00133-MSS-AAS

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that BRANDI L. SMITH ("Plaintiff") and INTEGRA CONNECT, LLC ("Defendant"), hereby notify the Court that the parties have reached settlement as to Plaintiff's individual claims only. Plaintiff intends on dismissing the class claims without prejudice. The parties are in the process of completing the settlement and intend on filing dismissal papers within 45 days.

DATED: April 5, 2021

Respectfully submitted,

*/s/ Alexander J. Taylor*

Alexander J. Taylor, Esq.
Florida Bar No. 1013947
Sulaiman Law Group, Ltd.
2500 S. Highland Ave, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
ataylor@sulaimanlaw.com
*Counsel for Plaintiff*