## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**BRANDI L. SMITH, individually, and on behalf of all others similarly situated,,**

    Plaintiff,

v.                                    Case No: 8:21-cv-133-MSS-AAS

**INTEGRA CONNECT, LLC,**

    Defendant.

_____

## ORDER OF DISMISSAL

Upon consideration of the Parties' Stipulation of Dismissal, (Dkt. 13), and pursuant to Federal Rule of Civil Procedure 41, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE** as to Plaintiff's individual claims. It is further **ORDERED** that the case remains **DISMISSED WITHOUT PREJUDICE** as to the class claims pursuant to Federal Rule of Civil Procedure 23(e). The case shall remain **CLOSED.**

**DONE** and **ORDERED** in Tampa, Florida, this 4th day of May 2021.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**

Counsel of Record
Any Unrepresented Person

2